IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LISHIA REICH,

            Plaintiff,

    v.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

            Defendant.

No. CV 07-581-AC

JUDGMENT

**MOSMAN, J.,**

    Based on the Opinion and Order of the court filed August 4, 2008 (#23) adopting the Magistrate Judge's Findings and Recommendations (#21),

    IT IS HEREBY ORDERED AND ADJUDGED that the decision of the Commissioner is AFFIRMED, and this case is DISMISSED.

    DATED this  6th  day of August, 2008.

                                         /s/ Michael W. Mosman
                                         MICHAEL W. MOSMAN
                                         United States District Judge

PAGE 1 - JUDGMENT